## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dominick Andre Davis, | ) | Case No. 1:24-cr-003 |
| | ) | |
| Defendant. | ) | |

On June 20, 2025, Defendant's court-appointed counsel filed a Motion to Withdraw as Counsel. (Doc. No. 120). Following an *ex parte* hearing, the court issued an order on July 1, 2025, in which it denied the motion and *"place[d] Defendant's name on the waiting list for a residential reentry placement."* (Doc. No. 123) (emphasis added).

On July 2, 2025, Defendant filed a motion requesting to be released to a residential reentry center. (Doc. No. 125). On July 15, 2025, noting that there was no space presently available for Defendant at a residential reentry center, the court issued an order denying the motion without prejudice. (Doc. No. 127).

On July 15, 2025, Defendant filed a motion for consideration of the court's order denying his request to be released to a residential reentry center. (Doc. No. 128). He also requested a hearing and expedited consideration of his motion. (Doc. No. 129).

Defendant's request for expedited consideration of his motion (Doc. No. 129) is **GRANTED**. Defendant's request for a hearing on the motion (Doc. No. 129) is **DENIED**.

There is no space presently available for Defendant at a residential reentry center. Further, the court is not persuaded that there are any conditions short of a residential reentry placement that

1

will reasonably assure the safety of the community or Defendant's future appearance. Defendant's motion for reconsideration (Doc. No. 128) is therefore **DENIED**. Defendant shall remain on the waiting list for a residential reentry placement. The court appreciates Defendant's medical concerns and desire for an expedited placement at a residential reentry center. Consequently, the court shall take this into consideration when space at a residential reentry center becomes available.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
