## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,               )
                                        )
      Plaintiff,                    )        **ORDER DENYING MOTION**
                                        )        **TO RECONSIDER**
v.                                      )
                                        )
Dominick Andre Davis,                   )        Case No.: 1:24-cr-00003
                                        )
      Defendant.                    )

---

On June 15, 2026, Defendant filed a *Motion for Reconsideration*. (Doc. No. 234). Defendant requested the court reconsider its June 8, 2026, Order denying *Defendant's Motion for Release from Custody* to reside with his cousin, Faith Olson, in Bismarck, North Dakota. (*See* Doc. No. 230).

The court is not inclined to reconsider its previous Order. Defendant presents no new information that shows there are conditions available that would reasonably assure his sober appearance at future proceedings and the safety of the community and of Defendant were he released into it. The only change Defendant offers is to be subject to location monitoring, which in and of itself is not new information as Defendant previously asserted his willingness to follow all conditions imposed by the court if released. Accordingly, Defendant's motion (Doc. No. 234) is **DENIED**.

      **IT IS SO ORDERED**.

Dated this 16th day of June, 2026.

                              */s/ Clare R. Hochhalter*
                              Clare R. Hochhalter, Magistrate Judge
                              United States District Court